# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2983

_____

Ramon Guel, Jr.,                               *
                                               *
          Appellant,                           *
                                               *   Appeal from the United States
     v.                                        *   District Court for the
                                               *   District of South Dakota.
Warden Whitehead,                              *
                                               *   [UNPUBLISHED]
          Appellee.                            *

_____

Submitted: June 13, 2008
Filed: June 26, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

     Ramon Guel, Jr., appeals the district court's[1] denial of his 28 U.S.C. § 2241 petition. We conclude the denial was proper for the reasons explained by the district court. See United States v. Lurie, 207 F.3d 1075, 1076 (8th Cir. 2000) (standard of review). Accordingly, we affirm the district court's judgment, and deny as moot Guel's motion for a ruling. See 8th Cir. R. 47B.

_____

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.